IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LESTER ROBERTS,

    Plaintiff,

v.

STATE OF OREGON;
SHERRY GREEN, RN,

    Defendants.

No. 3:18-cv-01922-MO

OPINION AND ORDER

MOSMAN, J.,

On December 6, 2019, I granted Defendants' Motion for Partial Summary Judgment [ECF 21] and dismissed with prejudice Plaintiff's Claim One (Americans with Disabilities Act, and Rehabilitation Act) and Claim Two (§ 1983) of his First Amended Complaint ("FAC") [ECF 7]. Order [ECF 27]. Following that decision, the only remaining claim in Plaintiff's FAC is a state law negligence claim. FAC [7] at 8. On December 19, 2019, Defendants filed a Motion to Dismiss for Lack of Supplementary Jurisdiction [ECF 28], arguing that I should dismiss this case because only a state law claim remains.

Because all federal claims have been dismissed with prejudice from this action, I decline to continue to exercise jurisdiction over the remaining state law claim. I therefore GRANT Defendants' Motion to Dismiss [28] and dismiss this case without prejudice.

    IT IS SO ORDERED.

    DATED this \_\_\_\_ day of January, 2020.

                                                MICHAEL W. MOSMAN
                                              United States District Judge